USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 97-2201 NEIL JOHNSON, Plaintiff, Appellant, v. CORNELL CORRECTION, INC., ET AL., Defendants, Appellees. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Mary M. Lisi, U.S. District Judge] Before Torruella, Chief Judge, Coffin, Senior Circuit Judge and Stahl, Circuit Judge.  Neil Johnson on brief pro se. Thomas D. Gidley, Dennis T. Grieco II, and Gidley, Sarli &Marusak on brief for appellees.September 8, 1998 Per Curiam. We have reviewed the parties' briefs and the record on appeal. There was no abuse of discretion in the dismissal of appellant's complaint. See Marx v. Kelly, Hart & Hallman, P.C., 929 F.2d 8, 10 (1st Cir. 1991) (reciting that a Rule 37 dismissal is reviewed for abuse of discretion).  Indeed, whatever merit might have attended appellant's original position, his persistent refusal to recognize clear and repeated rulings of the court effectively aborted the possibility of orderly proceedings. We therefore affirm, essentially for the reasons stated in the Magistrate Judge's Report and Recommendation, dated July 10, 1997, and the district court's order, dated September 18, 1997. Affirmed.